IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DEBORAH MCDUFFY | : | |
| Plaintiff, | : | |
| | | Case No. 3:14-cv-43 |
| vs | | |
| SECRETARY OF DEFENSE, | : | District Judge Thomas M. Rose |
| Defendant. | : | |

## ORDER OF DISMISSAL: TERMINATION ENTRY

The Court having been advised that the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, without prejudice, provided that any of the parties may, upon good cause shown within ninety (90) days, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry. The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

Further, the Court will VACATE the Pre-trial Conference set for Thursday, June 19, 2014 at 10:30 a.m.

IT IS SO ORDERED.

*s/Thomas M. Rose*

Date: **May 29, 2014**

Thomas M. Rose, Judge
United States District Court